## Stovall v. Bartlett.

APPEAL from Walker Chancery Court.
Heard before the Hon. THOMAS COBBS.

J. H. McGUIRE and ALEX. T. LONDON, for appellant.

COLEMAN & BANKHEAD, contra.

The original bill in this case was filed on April 16, 1898, by the appellant, D. L. Stovall, as a minority stockholder in the Jasper Land Company, an Alabama corporation, against the appellees, as defendants, and had for its purpose the enjoining of the defendants from acting as officers and directors of said Jasper Land Company.

The appeal in this case is prosecuted from a decree sustaining the motions and demurrers to the bill as amended, dissolving the injunction and dismissing the bill as amended; and the rendition of this decree is assigned as error.

Decree affirmed.

Opinion by TYSON, J.

---

## Wiley v. The State.

APPEAL from Pike Criminal Court.
Tried before the Hon. E. B. WILKERSON.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was prosecuted and convicted for an assault and battery with a weapon.

The judgment of conviction is affirmed.

Opinion by DOWDELL, J.